John Woods and Mary Woods, appellants, v. Ray Worth and Samuel L. Freedman, appellees. Gen. No. 37,762.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Daniel V. Gallery, for appellants. Philip P. Sachs and Arthur R. Seelig, for appellee Ray Worth. Morris A. Haft and Aaron Soble, for appellee Samuel L. Freedman.

Mr. Presiding Justice Hebel delivered the opinion of the court.


The People of the State of Illinois, plaintiff in error, v. Robert W. Harrison, defendant in error. Gen. No. 37,783.

Opinion filed June 26, 1935.

Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Hebel delivered the opinion of the court.


Gertrude Favors, appellee, v. Caledonian Insurance Company, appellant. Gen. No. 37,790.

Opinion filed June 26, 1935.

Harold T. Sharp, Robert L. Floyd and Lester E. Williams, for appellant. Houston H. Hall and Fred H. Elliott, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.


Joe Perlman, plaintiff in error, v. Sam Samson, defendant in error. Gen. No. 37,798.

Opinion filed June 26, 1935.

William B. Steinberg, for plaintiff in error. Landis, Landis & Landis, for defendant in error; Alvin Landis, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.